**Order entered October 14, 2022**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

### No. 05-22-00248-CR

**WALTER LEE JACOBS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F17-76682-L**

### ORDER

We **REINSTATE** the appeal.

The Court abated this appeal after appellant failed to file a brief. The trial court conducted a hearing to determine why the brief was not filed, but the trial court did not make any findings.

Before the Court is appellant's October 11, 2022 motion to reinstate the appeal and motion to extend the time to file appellant's brief. Appellant has

tendered a brief with the motions. We **GRANT** the motions and **ORDER** appellant's brief received with the motions filed as of the date of this order.

/s/ LANA MYERS
   JUSTICE